NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE EAGLE VIEW TECHNOLOGIES, INC.,**
*Appellant*

---

2024-2330

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00734.

---

**ON MOTION**

---

PER CURIAM

## O R D E R

The United States Patent and Trademark Office moves for leave to file an entry of appearance for Sarah E. Craven, Nicholas T. Matich, Robert J. McManus, and Kevin K. McNish and separately moves to remand the above-captioned appeal.

Upon consideration thereof,

2                                IN RE EAGLE VIEW TECHNOLOGIES, INC.

IT IS ORDERED THAT:

The motion to remand is granted.

The motion for leave to appear is denied as moot.

FOR THE COURT

June 25, 2026
    Date

Jarrett B. Perlow
Clerk of Court